# IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM LEONARD SIMPSON, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70765

**FILED**

SEP 06 2016



## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying a pretrial motion to suppress evidence. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Appellant has responded to our order to show cause and concedes that this court lacks jurisdiction. Only the State may appeal from a district court pretrial order granting or denying a motion to suppress evidence. NRS 177.015(2). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-27521

cc:    Hon. David B. Barker, District Judge
       Keith C. Brower
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk